[No. 7884–1–III. Division Three. November 17, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY G. KOCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85–1–00203–3, Charles W. Cone, J.,

entered June 9, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.